**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WAYNE WEILER, JIMMY FIELDER,
CHARLES SHULTZ, and LARESHA SIMPSON,

      Plaintiffs,

                                                 Case No. 3:15-cv-1199-J-34JBT

vs.

STELLAR RECOVERY, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal (Dkt. No. 33; Stipulation) filed on October 10, 2016. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorneys' fees, costs, and expenses.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of October, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record
Pro Se Parties